

# NUMBER 13-19-00462-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FRAUDLUENT HOSPITAL LIEN LITIGATION

**On appeal from the 444th District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This Court previously issued a memorandum opinion dismissing this case on January 30, 2019, for want of prosecution. Before the Court is appellants' motion to reinstate or in the alternative, motion for rehearing, and motion for leave to file their brief out of time. The Court, having fully examined and considered appellants' motions, is of the opinion that, in the interest of justice, the motion to reinstate and motion for leave to file their brief out of time should be granted. Accordingly, we grant appellants' motion to reinstate the case and withdraw our previous memorandum opinion and judgment. The

appellants' alternative motion for rehearing is dismissed as moot. Finally, we grant appellants' motion for leave to file their brief out of time. Appellants' amended brief is marked filed as of February 18, 2020. This case remains pending before the Court.

It is so ORDERED

PER CURIAM

Delivered and filed the
28th day of February, 2020.